UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: <br><br>**Master Short Form Complaint** |
| ROGER KREGE, | |
| Plaintiff, | |
| v. | |
| PFIZER INC., | |
| Defendant. | |

Plaintiff, ROGER KREGE, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Defendant(s) against whom Complaint is made:
   a. ___ Eli Lilly and Company
   b. _X_ Pfizer Inc.
   c. ___ Other (specify Defendant) _____

2. Plaintiff's Full Name:
   a. ___Roger Krege_____

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:
   a. ___N/A_____

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
   a. N/A

5. Plaintiff's current city and state of residence:
   a. Joplin, Missouri

6. District Court in which venue would be proper absent direct filing:
   a. Western District of Missouri

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
   a. Joplin, Missouri

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
   a. Start date: 06/08/2012
   b. Stop date: 07/08/2012

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
   a. Start date: N/A
   b. Stop date: N/A

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a. 01/01/2016

11. Date of death of Decedent, if applicable:
    a. N/A

12. Master Complaint Adopted (check one or both):
    a. _X_ Pfizer Master Complaint
    b. ___ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):
    a. Count 1 (Negligence): X
    b. Count 2 (Gross Negligence): X
    c. Count 3 (Negligence Per Se): X

    d.  Count 4 (Unfair and Deceptive Trade Practices: Unfairness) __X__

    e.  Count 5 (Unfair and Deceptive Trade Practices: Fraud) __X__

    f.  Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) __X__

    g.  Count 7 (Strict Liability – Defective Design): __X__

    h.  Count 8 (Strict Liability – Failure to Warn): __X__

    i.  Count 9 (Failure to Test): __X__

    j.  Count 10 (Breach of Express Warranty): __X__

    k.  Count 11 (Breach of Implied Warranty): __X__

    l.  Count 12 (Fraudulent Misrepresentation and Concealment): __X__

    m.  Count 13 (Negligent Misrepresentation and Concealment): __X__

    n.  Count 14 (Fraud and Deceit): __X__

    o.  Count 15 (Willful, Wanton, and Malicious Conduct): __X__

    p.  Count 16 (Unjust Enrichment): __X__

    q.  Count 17 (Loss of Consortium): _____

    r.  Count 18 (Survival): _____

    s.  Count 19 (Wrongful Death): _____

    t.  Count 20 (Punitive Damages): __X__

    u.  Other: _____

14. Jury Demand

    a.  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes _X_ No ___

Dated this the 22nd day of January, 2020.

Respectfully submitted on behalf of the Plaintiff,

_____
Jennifer Liakos (CA SBN 207487)
Hunter J. Shkolnik (*Pro Hac Vice Pending*)
Napoli Shkolnik PLLC
(310) 331-8224 (Phone)
(646) 843-7603 (Facsimile)
Email: jliakos@NapoliLaw.com
Email: hshkolnik@NapoliLaw.com